JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE I., <br>       Plaintiff, <br>       v. <br> ANDREW SAUL, Commissioner of Social Security Administration, <br>       Defendant. | Case No. 5:19-cv-00089-JC <br><br> JUDGMENT |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security Administration is reversed and the matter is remanded for further administrative action consistent with the Memorandum Opinion and Order of Remand filed concurrently herewith.

DATED: August 29, 2019

                                           /s/
                                Honorable Jacqueline Chooljian
                                UNITED STATES MAGISTRATE JUDGE